ERIC S. POWERS
NEVADA BAR NO. 12850
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702-228-7717
Facsimile: 702-228-8824
Email: epowers@selmanlaw.com

LINDA WENDELL HSU (Pro Hac Vice)
CALIFORNIA BAR NO. 162971
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099
Email: lhsu@selmanlaw.com

Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS MEDICAL, LLC; ROBERT CLARK WOOD II; FLOURNOY MANAGEMENT, LLC; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:15-cv-00321-JAD-GWF<br><br>MOTION AND [~~PROPOSED~~] ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST |

TO THE COURT, CM/ECF, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff NAUTILUS INSURANCE COMPANY hereby files this Motion to Remove Attorney Galina Kletser Jakobson from the Electronic Service List.

Galina Kletser Jakobson formerly at galinajakobson@hotmail.com is no longer with the office of Selman Breitman LLP and should be removed from the Electronic Service List.

Eric S. Powers epowers@selmanlaw.com and Linda Wendell Hsu lhsu@selmanlaw.com

1

remain counsel of record and should continue to receive notification via the Electronic Service List.

DATED: February 12, 2018          SELMAN BREITMAN LLP

By: /s/ Linda Wendell Hsu
ERIC S. POWERS
NEVADA BAR NO. 12850
LINDA WENDELL HSU (Pro Hac Vice)
CALIFORNIA BAR NO. 162971
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 702-228-7717
Facsimile: 702-228-8824

Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: February 13, 2018

_____
GEORGE W. FOLEY, JR
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, was served on the 12th day of February, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Martin Kravitz
L. Renee Green
KRAVITZ, SCHNITZER & JOHNSON
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Phone: (702) 362-6666
Facsimile: (702) 362-2203
Email: jschnitzer@ksjattorneys.com

Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
Email: Jordan@theschnitzerlawfirm.com

Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II

James E. Harper
Taylor G. Selim
HARPER | SELIM
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134
Phone: (702) 948-9240
Facsimile: (702) 778-6600
E-mail: eservice@harperselim.com

Attorneys for Defendant FLOURNOY MANAGEMENT, LLC

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

3