JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
*Attorney for Defendants,*
*ACCESS MEDICAL, LLC and*
*ROBERT CLARK WOOD, II*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACCESS MEDICAL, LLC; ROBERT CLARK WOOD, II; FLOURNOY MANAGEMENT, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-00321-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT'S ACCESS MEDICAL, LLC AND ROBERT CLARK WOOD, II TO RESPOND TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR REIMBURSEMENT AGAINST ACCESS MEDICAL, LLC AND ROBERT CLARK WOOD, II [ECF 178] AND PLAINTIFF'S DEADLINE TO FILE ITS REPLY** |

Plaintiff, Nautilus Insurance Company ("Nautilus") by and through its counsel SELMAN BREITMAN LLP, and Access Medical, LLC, and Robert Clark Wood, II, (collectively the "Insureds"), by and through their counsel THE SCHNITZER LAW FIRM hereby submit the following Stipulation and Order extending the deadline for the Insureds to file its Response to Nautilus's Notice of Motion and Motion for Summary Judgment for Reimbursement against Access Medical, LLC and Robert Clark Wood, II ("Motion") [ECF 178].

1

In light of the Motion being filed while the Insureds' counsel was on vacation, Nautilus has extended a professional courtesy in agreeing to allow the Insureds an additional week to respond to the Motion. The Insureds response to the Motion will be due on May 4, 2022.

As a professional courtesy and consideration for Nautilus' counsel agreeing to allow the Insureds an additional week to respond to the Motion, Nautilus shall have an additional week to reply to the Insureds response. Nautilus' reply to response to the Motion will be due on May 25, 2022.

**IT IS SO STIPULATED.**

DATED: April 27, 2022.          THE SCHNITZER LAW FIRM

By: /s/ Jordan P. Schnitzer, Esq.
JORDAN P. SCHNITZER
Nevada Bar No. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
*Attorney for Defendants,*
*ACCESS MEDICAL, LLC and*
*ROBERT CLARK WOOD, II*

DATED: April 27, 2022.          SELMAN BREITMAN LLP

By: /s/ Samuel E. Lipsitz, Esq.
CASEY J. QUINN
Nevada Bar No. 11248
LINDA WENDELL HSU (PRO HAC VICE)
California Bar No. 162971
SAMUEL E. LIPSITZ (PRO HAC VICE)
California Bar No. 331407
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
*Attorneys for Plaintiff*
*NAUTILUS INSURANCE COMPANY*

**ORDER**

**IT IS SO ORDERED.**

DATED: April 28, 2022

_____
UNITED STATES JUDGE