1  LINDA WENDELL HSU (PRO HAC VICE)
   CALIFORNIA BAR NO. 162971
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA 94105-4537
   Telephone:  415.979.0400
4  Facsimile:  415.979.2099
   Email: lhsu@selmanlaw.com
5
   TRACY A. DIFILLIPPO
6  NEVADA BAR NO. 7676
   MICHELLE D. ALARIE
7  NEVADA BAR NO. 11894
   ARMSTRONG TEASDALE LLP
8  One Summerlin
   1980 Festival Plaza, Suite 750
9  Las Vegas, NV 89135
   Telephone: 702-678-5070
10 Facsimile:  702-878-9995
   Email:  tdifillippo@atllp.com
11 Email:  malarie@atllp.com

12 Attorneys for Plaintiff
   NAUTILUS INSURANCE COMPANY
13

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>ACCESS MEDICAL, LLC; ROBERT CLARK WOOD, II; FLOURNOY MANAGEMENT, LLC; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.   2:15-cv-00321-JAD-BNW<br><br>MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST |

TO THE COURT, CM/ECF, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff NAUTILUS INSURANCE COMPANY hereby files this Motion to Remove Attorney Casey J. Quinn (cquinn@selmanlaw.com) from the Electronic Service List.

Linda Wendell Hsu (lhsu@selmanlaw.com) remains Counsel of Record along with Co-

Counsel Tracy A. DiFillippo (tdifillippo@atllp.com) and Michelle D. Alarie (malarie@atllp.com) of Armstrong Teasdale LLP and should continue to receive notification via the Electronic Service List.

DATED: December 7, 2022                    SELMAN BREITMAN LLP

By:    */s/ Linda Wendell Hsu*
       LINDA WENDELL HSU (PRO HAC VICE)
       CALIFORNIA BAR NO. 162971
       33 New Montgomery, Sixth Floor
       San Francisco, CA 94105-4537
       Phone: 415.979.2024
       Facsimile: 415.979.2099
       Attorneys for Plaintiff
       NAUTILUS INSURANCE COMPANY

**ORDER**
IT IS SO ORDERED

DATED: 12:01 pm, December 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, was served on the 7th day of December, 2022 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
Email: jordan@theschnitzerlawfirm.com

Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II

*Pamela Smith*
PAMELA SMITH
An Employee of Selman Breitman LLP