KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@atllp.com

LINDA WENDELL HSU, ESQ. (LR IA 11-2 admitted)
California Bar No. 162971
SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP
33 New Montgomery, Sixth Floor
San Francisco, California 94105
Telephone: 415.979.0400
Facsimile: 415.979.2099
lhsu@selmanlaw.com

*Attorneys for Plaintiff Nautilus Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>ACCESS MEDICAL, LLC, ROBERT CLARK WOOD, II; FLOURNOY MANAGEMENT, LLC; does 1-10, inclusive,<br><br>    Defendants. | Case No.:  2:15-cv-00321-JAD-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

Pursuant to LR IA 11-6(b), Kevin R. Stolworthy, Esq. notifies this Court, counsel, and the parties that effective immediately, Tracy A. DiFillippo, Esq. is no longer associated or affiliated with the law firm Armstrong Teasdale LLP, and therefore moves this Court to withdraw Tracy A. DiFillippo as counsel for Plaintiff Nautilus Insurance Company, and further requests that Tracy A. DiFillippo be removed from the Court's CM/ECF electronic service list with respect to this case.  Kevin R. Stolworthy, Esq. of the law firm Armstrong Teasdale LLP and Casey J. Quinn, Linda Wendell Hsu, Esq. and Samuel E. Lipsitz, Esq. of Selman Breitman LLP (LR IA 11-2 admitted) will remain counsel

/ / /

/ / /

1

1 | of record for Nautilus Insurance Company. Counsel are requested to update service lists accordingly.

2 | DATED this 11th day of February, 2025.    **ARMSTRONG TEASDALE LLP**

By: ___*/s/ Kevin R. Stolworthy*___
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

LINDA WENDELL HSU, ESQ. (LR IA 11-2 admitted)
California Bar No. 162971
SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP
33 New Montgomery, Sixth Floor
San Francisco, California 94105

*Counsel for Plaintiff Nautilus Insurance Company*

**IT IS SO ORDERED**

**DATED:** 3:07 pm, February 12, 2025

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the **MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** was served through the CM/ECF to all parties on the service list.

Date: February 11, 2025                    */s/ Christie Rehfeld*
                                           An employee of Armstrong Teasdale LLP